# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BETTY F. BOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:10-cv-1005 |
| | ) |
| COOK'S PEST CONTROL, INC, | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court, as evidenced by the signatures of counsel hereto, that all matters relating to this case have been resolved by agreement. This case, therefore, shall be dismissed with full prejudice. Both sides shall be responsible for their own discretionary costs and expenses of litigation.

_____
JUDGE JOHN T. NIXON

Agreed to and Approved:

/s/ James A. DeLanis
James A. Delanis, BPR#6057
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center, Suite 100
211 Commerce Street
Nashville, TN 37201
(615) 726-5600

Attorney for Cook's Pest Control, Inc.

1